No. 397. LAURA EICHEL ET AL., APPELLANTS, *v.* UNITED STATES FIDELITY & GUARANTY COMPANY. Appeal from the United States Circuit Court of Appeals for the Third Circuit. Motion to dismiss or affirm submitted October 25, 1915. Decided November 8, 1915. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *United States* v. *Krall,* 174 U. S. 385; *German National Bank* v. *Speckert,* 181 U. S. 405; *United States* v. *Beatty,* 232 U. S. 463. *Mr. William M. Hall* for the appellants. *Mr. B. M. Ambler* for the appellee.

No. 57. DAVID C. ANDREWS ET AL., COPARTNERS, ETC., APPELLANTS, *v.* HARRY V. OSBORN, TRUSTEE, ETC. Appeal from the United States Circuit Court of Appeals for the Third Circuit. Argued November 5, 1915. Decided November 8, 1915. *Per Curiam.* Judgment affirmed with costs upon the authority of *First National Bank* v. *Littlefield,* 226 U. S. 110, 112; *Texas & Pacific Ry.* v. *Louisiana R. R. Commission,* 232 U. S. 338; *Greey* v. *Dockendorff,* 231 U. S. 513. *Mr. Sigmund Solomon* and *Mr. David C. Myers* for the appellants. *Mr. Nathan Bilder* for the appellee.

No. 43. FRANK ZODROW, PLAINTIFF IN ERROR, *v.* THE STATE OF WISCONSIN. In error to the Supreme Court of the State of Wisconsin. Argued and submitted November 2, 1915. Decided November 8, 1915. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Deming* v. *Carlisle Packing Co.,* 226 U. S. 102, 105; *Consolidated Turnpike* v. *Norfolk &c. Ry. Co.,* 228 U. S. 596, 600; *Parker* v. *McLain,* 237 U. S. 469, 471–472. *Mr. David S. Rose* and *Mr. Louis M. Ogden* for the plaintiff in error. *Mr. Walter C. Owen* and *Mr. J. E. Messerschmidt* for the defendant in error.